IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.         CASE NO. 1:06-cr-00029-MP-AK

PETER A. ANTON,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 39, Motion to Appear Pro Hac Vice by Gerald Bettman. Mr. Bettman has completed all necessary requirements for admission to the Northern District of Florida. The local rules state:

> With the advent of electronic case filing, this court no longer draws any substantive distinction between membership in the bar of this district and pro hac vice admission. An attorney admitted pro hac vice will be treated as a member of the bar of this district and will remain a member, even after termination of the case, until such time as the attorney affirmatively withdraws from the bar of this district or no longer meets the admission qualifications.

N.D. Fla. Loc. R. 11.1(C)(2). Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Gerald Bettman's Motion to Appear Pro Hac Vice, Doc. 39, is GRANTED. Mr. Bettman is admitted to the United States District Court for the Northern District of Florida

**DONE AND ORDERED** this   *21st* day of September, 2006

      *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge