IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 1:06-cr-00029-MP-AK

PETER A. ANTON,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 55, Motion for Reconsideration, filed by Defendant Peter Anton. In his motion, Mr. Anton requests the Court to reconsider its order in Doc. 54, which denied Mr. Anton's request for a temporary modification of the conditions of his pretrial release. As support, Mr. Anton states that his wife and co-defendant, Mrs. Edna Anton, is not comfortable driving the six-hour trip alone at night, and that safety concerns should warrant allowing both to travel together. Although the Court is mindful of the Anton's concerns, Mr. Anton's motion is denied.

**DONE AND ORDERED** this  *9th*  day of January, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge