IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA

v.                                                    CASE NO. 1:06-cr-00029-MP-AK

PETER ANTHONY ANTON,

     Defendant.

_____/

# **O R D E R**

     This matter is before the Court on Doc. 77, Motion for Reconsideration, filed by

Defendant Peter A. Anton.  In his motion, Defendant moves the Court to reconsider its Order

denying Defendant's Motion to Dismiss for Lack of Jurisdiction.  Doc. 76.  Defendant presents

no new arguments, but simply repeats the same claims that the Court has already considered and

rejected.  Therefore, Defendant's Motion for Reconsideration is denied.



     **DONE AND ORDERED** this   *22nd* day of February, 2007


        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge