IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:06-cr-00029-MP-AK

PETER A. ANTON,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 69, Motion to Terminate Conditions of Release, filed by Defendant Peter Anton. In his motion, Defendant Anton requests the Court to terminate the conditions of pretrial release, raising the same arguments presented in his Motion to Dismiss. As stated in the Court's Order Denying the Motion to Dismiss, the Government has presented sufficient facts to establish that Defendant is a convicted felon under Florida law. Therefore, Defendant's argument that the conditions of release should be terminated because the Government has failed to allege sufficient facts to establish a cause of action is unpersuasive. A *nolo contendere* plea followed by an adjudication of guilt is a conviction under Florida law, regardless of whether a sentence is withheld. Accordingly, Defendant's Motion to Terminate Conditions of Release, Doc. 69, is denied.

    **DONE AND ORDERED** this  _9th_  day of March, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge