IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:06-cr-00029-MP-AK

PETER A. ANTON,

    Defendant.
_____/

## **O R D E R**

    This matter is before the Court on Doc. 102, Motion to Continue Sentencing, filed by Defendant Peter Anton.  A hearing on this motion was held on Wednesday, June 20, 2007.  At the hearing, counsel for Defendant stated that he requires additional time to prepare legal research and arguments for Defendant's sentencing hearing.  Because of this, Defendant requested a continuance of his sentencing hearing, currently set for Thursday, June 21, 2007.  The Government did not object to any continuance.  Therefore, after considering the matter, the Court grants Defendant's motion, and Defendant Peter Anton's sentencing is continued to Friday, June 29, 2007, at 9:00 a.m.

    **DONE AND ORDERED** this   *20th* day of June, 2007

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge