IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:06-CR-00029-MP-AK

PETER A. ANTON,

    Defendant.
_____/

**O R D E R**

    This matter is before the Court on Doc. 156, Notice of Unavailability and Non-representation, filed by Gerald Bettman, attorney for Defendant Peter Anton. In the Notice, Mr. Bettman states that a scheduling conflict prevents him from appearing at the Violation of Pretrial Release hearing scheduled for Friday, November 9, 2007. Furthermore, Mr. Bettman states that he has not been retained to represent Defendant at the revocation hearing, and that these issues are outside the original retainer agreement. After Defendant Anton was sentenced, Mr. Bettman again filed a Notice Appearance in this matter, appearing as Defendant's attorney on appeal. Because Mr. Bettman has not sought to withdraw from the representation, he is the only attorney of record for Defendant Anton. To allow Mr. Bettman time to prepare and rearrange his schedule, the hearing is continued. Therefore, the Violation of Pretrial Release hearing is reset for Tuesday, November 13, 2007, at 2:00 p.m.

    **DONE AND ORDERED** this  8th  day of November, 2007

                      *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge