IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00029-MP-AK

PETER A. ANTON,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 197, Motion to Continue Sentencing, filed by the Government. Defendant's sentencing hearing is currently scheduled for Friday, January 23, 2009, at 10:30 a.m.  Upon consideration of the motion, it is hereby

**ORDERED AND ADJUDGED:**

1. The Government's Motion to Continue Sentencing, Doc. 197, is GRANTED.

2. The Clerk is directed to reset Defendant's sentencing hearing to Friday, January 30, 2009, at 11:00 a.m.

**DONE AND ORDERED** this  *13th* day of January, 2009

           *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge