IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                              CASE NO. 1:06-cr-29-MP-GRJ

PETER A ANTON,

_____/


### REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 247, Defendant's motion for release on bail pending disposition of his 28 U.S.C § 2255 motion to vacate.  Defendant is in the custody of the Bureau of Prisons pursuant to his conviction for unlawful transport of firearms, and is presently incarcerated at Miami Federal Detention Center.  Defendant contends that his continued incarceration creates a financial hardship for his family and that his health has deteriorated during his incarceration due to a chronic medical condition.  Defendant argues that his motion to vacate is meritorious, and that he does not pose a flight risk.

The Court construes Defendant's motion as one for compassionate release. Such relief can only be granted upon motion of the Director of the Bureau of Prisons, and upon a showing of extraordinary or compelling circumstances.[1]  Because the Bureau of Prisons has not filed such a motion, there is no basis for the Court to grant

---

[1] See 18 U.S.C. 3582(c)(1)(A) (allowing the sentencing court, on motion of the Director of the Bureau of Prisons, to reduce an inmate's term of imprisonment, provided that there are extraordinary or compelling circumstances that could not be foreseen at the time the inmate was sentenced); see also 18 U.S.C. 3624(c) (giving the Bureau of Prisons the discretion to release an inmate to home confinement for six months of the last 10 per centum of the term to be served).

the relief sought by Defendant.

Accordingly, it is respectfully **RECOMMENDED** that Defendant's motion, Doc. 247, be **DENIED**.

**IN CHAMBERS** this 27th day of May 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**