IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    CASE NO. 1:06-cr-00029-MP-GRJ-1

PETER A ANTON,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 248, Report and Recommendation of the Magistrate Judge, which recommends that Defendant's motion for release on bail be denied. Defendant timely objected to the Magistrate Judge's Report and Recommendation. This Court reviews objected-to material *de novo*.

Defendant requests release on bail pending the disposition of his 28 U.S.C. § 2255 motion to vacate. Defendant contends that his incarceration creates a financial hardship for his family and that his health has deteriorated due to a chronic medical condition. The Magistrate Judge was correct to construe defendant's motion as one for compassionate release. The Magistrate Judge was also correct to conclude that such relief can only be granted upon motion of the Director of the Bureau of Prisons upon a showing of extraordinary or compelling circumstances. The Bureau of Prisons has not filed such a motion. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 248, is ADOPTED and incorporated herein.

2.	Defendant's motion for release on bail, Doc. 247, is DENIED.


**DONE AND ORDERED** this   *16th* day of June, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge