**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                                               CASE NO. 1:06cr29-MP-AK-1

PETER A. ANTON

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 16, 2012. (Doc. 254). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 236) is DENIED and a certificate of appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases.

3. The Clerk is directed to terminate all pending motions.

**DONE and ORDERED** this 2nd day of May, 2012.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**